

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

mberger@seyfarth.com
T (212) 218-3336

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021
```

June 16, 2021

**VIA ECF**

Hon. Mary Kay Vyskocil
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:**   *Davis v. Shef, Inc.*,
**Civil Action No.: 1:21-cv-04749-MKV (S.D.N.Y.)**

Dear Judge Vyskocil:

    This firm represents Defendant Shef, Inc. ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Kevin Davis ("Plaintiff"), to respectfully request a thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including July 22, 2021.

    By way of background, Plaintiff commenced this action on or about May 27, 2021. (ECF No. 1.) Defendant was served on June 1, 2021. (ECF No. 5.) Accordingly, Defendant's responsive pleading deadline is currently June 22, 2021. (ECF No. 5.) We respectfully request that this deadline be extended up to an including July 22, 2021.

    This is Defendant's first request for an extension of the responsive pleading deadline. Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint, and to work with Plaintiff towards a potential non-litigated resolution of this matter. We have communicated with counsel for the Plaintiff, and Plaintiff consents to this request.

    We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

Hon. Mary Kay Vyskocil<br>
June 16, 2021<br>
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Meredith-Anne Berger*

Meredith-Anne Berger

cc:   All counsel of record (via ECF)

---

Granted.  Defendant shall answer or otherwise respond to the Complaint on or before July 22, 2021.  SO ORDERED.

Date: 6/16/2021
New York, New York

Mary Kay Vyskocil
United States District Judge